**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBIN S. SMITH

                                      **Plaintiff,**

-vs-                                                                   **Case No. 6:11-cv-1978-Orl-28GJK**

COMMISSIONER OF SOCIAL SECURITY,

                                      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

On December 13, 2011, Robin S. Smith (the "Plaintiff") initiated this action *pro se* by filing a handwritten complaint (the "Complaint") against the Commissioner of Social Security (the "Defendant"). Doc. No. 1. The Complaint states:

> I am asking that this court to send my complaint back to social security administration on the grounds that my former attorney, "Morgan & Morgan" did not present all evidence and documentation in my behalf.

Doc. No. 1 at 1. Although Plaintiff names only the Commissioner of Social Security as a defendant, the gravamen of the Complaint is that Morgan & Morgan failed to "present all evidence and documentation" on Plaintiff's behalf. Doc. No. 1 at 1. Plaintiff fails to allege a basis for the Court's jurisdiction. Doc. No. 1.

Plaintiff also filed an Application to Proceed In District Court Without Prepaying Fees or Costs (the "Motion"). Doc. No. 2. On December 14, 2011, the Court entered an order (the "Order") denying the Motion without prejudice and directing Plaintiff to file an amended

complaint within twenty-one (21) days that complies with the requirements of Rule 8, Federal Rules of Civil Procedure. Doc. No. 4 at 1, 4-6. In the Order, the Court warned Plaintiff that "failure to file an amended complaint and renew the [Motion] or pay the full filling fee within the time provided will result in a recommendation that the case be dismissed without further warning." Doc. No. 4 at 6. To date, Plaintiff has not filed an amended complaint, renewed the Motion, or paid the filing fee.

Based on the forgoing, it is **RECOMMENDED** that:

1. The case be dismissed for failing to comply with the Court's order; and
2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this order to Plaintiff by Certified Mail.**

**DONE and ORDERED** in Orlando, Florida on January 11, 2012.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
**Unrepresented Parties by Certified Mail**