# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBIN S. SMITH,**

           **Plaintiff,**

-vs-                                    **Case No. 6:11-cv-1978-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**

## ORDER

This case is before the Court on a review of the Complaint (Doc. No. 1) filed December 13, 2011, and the docket since the Complaint was filed. The United States Magistrate Judge has submitted a report recommending that the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 11, 2012 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed for failing to comply with the Court's Order.

3. The Clerk of the Court is directed to close this case.

DONE and ORDERED in Chambers, Orlando, Florida this ___13___ day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party